UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DEREK OSEI-ASSIBEY, | : | CIVIL ACTION NO. 3:20-cv-01911 (VAB) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| THE STOP & SHOP SUPERMARKET | : | |
| COMPANY LLC, | : | |
| Defendant. | : | AUGUST 7, 2023 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the parties in the above-captioned action, through the undersigned, that the action (and all claims and causes of action that were or could have been asserted in it) be withdrawn, discontinued, and dismissed with prejudice in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, without additional costs or attorneys' fees to any party.

PLAINTIFF DEREK OSEI-ASSIBEY

By: _____
   Matthew D. Paradisi (ct29915)
   Cicchiello & Cicchiello, LLP
   364 Franklin Avenue
   Hartford, CT 06114
   Tel: (860) 296-3457
   Fax: (860) 296-0676
   mparadisi@cicchielloesq.com

DEFENDANT THE STOP & SHOP
SUPERMARKET COMPANY LLC

By:   /s/ Lindsey A. Viscomi
   Glenn W. Dowd (ct12847)
   Lindsey A. Viscomi (ct31132)
   Day Pitney LLP
   242 Trumbull Street
   Hartford, CT 06103
   Tel: (860) 275-0100
   Fax: (860) 275-0343
   gwdowd@daypitney.com
   lviscomi@daypitney.com

   James M. Leva (ct28928)
   Day Pitney LLP
   One Jefferson Road
   Parsippany, NJ 07054
   Tel: (973) 966-8416
   Fax: (973) 273-4595
   jleva@daypitney.com

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on this date, a copy of foregoing was filed and served electronically

upon the persons listed below.  Parties may access this filing through the Court's CM/ECF System.

Emanuele R. Cicchiello, Esq.
Matthew D. Paradisi, Esq.
Cicchiello & Cicchiello LLP
364 Franklin Avenue
Hartford, CT 06114
manny@cicchielloesq.com
mparadisi@cichielloesq.com

                                      */s/ Lindsey A. Viscomi*
                                       Lindsey A. Viscomi